# In the United States District Court
## For the Southern District of Georgia
## Waycross Division

| | | |
|---|---|---|
| SIXTO ARGUETA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-119 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire

record, the Court concurs with the Magistrate Judge's Report and

Recommendation. Dkt. No. 8. Petitioner Sixto Argueta

("Argueta") did not file Objections to this Report and

Recommendation. Accordingly, the Court **ADOPTS** the Magistrate

Judge's Report and Recommendation, **DISMISSES without prejudice**

Argueta's 28 U.S.C. § 2241 Petition for failure to follow this

Court's Order, **DENIES as moot** Respondent's Motion to Dismiss,

and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

appropriate judgment of dismissal. Additionally, the Court

**DENIES** Argueta *in forma pauperis* status on appeal.

**SO ORDERED**, this ___13___ day of ___March___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2